# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CHRISTINE R. JOHNSON, | Case No. 1:18-cv-00652 |
| Plaintiff, | |
| v. | Honorable Edmond E. Chang |
| JPMORGAN CHASE BANK, N.A., | Honorable Young B. Kim <br> Magistrate Judge |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the parties to the above-entitled action, through their respective attorneys, that said action be dismissed with prejudice and without costs to either party pursuant to Fed. R. Civ. P. 41.

| | |
|---|---|
| July 10, 2018 | Respectfully submitted, |
| */s/ Joseph S. Davidson* | */s/ Kyle L. Flynn* |
| Joseph S. Davidson <br> **SULAIMAN LAW GROUP, LTD.** <br> 2500 South Highland Avenue <br> Suite 200 <br> Lombard, Illinois 60148 <br> +1 630-575-8181 <br> jdavidson@sulaimanlaw.com | Kyle L. Flynn <br> **GREENBERG TRAURIG, LLP** <br> 77 West Wacker Drive <br> Suite 3100 <br> Chicago, Illinois 60601 <br> +1 312-476-5126 <br> flynnk@gtlaw.com |
| *Counsel for Christine R. Johnson* | *Counsel for JPMorgan Chase Bank, N.A.* |